799 A.2d 1288

IN THE MATTER OF KEITH A. MCKENNA,
AN ATTORNEY AT LAW.

June 27, 2002.

## ORDER

This matter having been duly presented to the Court pursuant to *Rule* 1:20–10–(b) following a motion for discipline by consent of **KEITH A. McKENNA** of **MORRISTOWN,** who was admitted to the bar of this State in 1989;

And respondent having signed an affidavit of consent in which he acknowledged that his conduct violated *RPC* 1.2(a) (failure to abide by a client's decision) and *RPC* 1.3 (failure to act with reasonable diligence and promptness in representation of client);

And the parties having agreed that respondent's unethical conduct warrants a reprimand;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–20(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **KEITH A. McKENNA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.